No. 00–1642. BEXLEY CITY SCHOOL DISTRICT ET AL. v. KNABLE, A MINOR, BY AND THROUGH HIS MOTHER AND NEXT

FRIEND, KNABLE. C. A. 6th Cir. Certiorari denied.